**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00073-CV

## RICHARD LEE WILLIAMS, P.A., Appellant

## V.

## DONNA ROLAND AND DARLENE PENINGER, BOTH INDIVIDUALLY AND AS REPRESENTATIVES ON BEHALF OF THE ESTATE OF MARIE BOLINGER, DECEASED, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08604**

## ORDER

Before the Court is appellant's first motion for extension of time to file his brief. Appellant seeks a thirty-day extension. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than March 23, 2021.

/s/   CRAIG SMITH
JUSTICE